IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 7:20-CR-__1__ |
| v. | **INFORMATION** |
| CLIFFORD BROWN | In violation of:<br>18 U.S.C. § 115(a)(1)(B) |

The United States Attorney charges that:

## COUNT ONE

1. On or about February 1, 2018, in the Western District of Virginia, the defendant, **CLIFFORD BROWN**, knowingly threatened to assault N.H., a federal employee who at all relevant times was a Letter Carrier with the United States Postal Service and a federal employee within the meaning of 18 U.S.C. § 1114, with intent to impede, intimidate, and interfere with N.H. while he was engaged in the performance of his official duties, which threatened assault was done with a dangerous weapon;

2. All in violation of Title 18, United States Code, Section 115(a)(1)(B) and Sections 115(b)(1)(A), (b)(1)(B)(iv), and (b)(4).

This 23rd day of January, 2020

THOMAS T. CULLEN
UNITED STATES ATTORNEY